IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Number 7:05-1080 |
| vs. ) | |
| ) | **O R D E R** |
| ANTHONY CHEATWOOD ) | |
| ) | |

The above defendant was released on bond in this case on February 27, 2006. Among the special conditions of the bond were (1) that the defendant remain under the supervision of the Pretrial Services Office for the duration of his bond, (2) that he follow any and all instructions given to him by that office, (3) that he refrain from any use or possession of a controlled substance, and (4) that he undergo random drug testing as directed by the Pretrial Services Officer.

A drug test conducted on March 8, 2006, has indicated the presence of amphetamines in the defendant's urine, which constitutes a violation of his bond.

Now, therefore,

IT IS ORDERED that the defendant's bond is revoked. The Clerk is directed to issue a warrant for the defendant's arrest, and the U. S. Marshal or his authorized representative is directed to take the defendant into custody pending further order of this court.

IT IS SO ORDERED.

WILLIAM M. CATOE
UNITED STATES MAGISTRATE JUDGE

March 20, 2006

Greenville, South Carolina